UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CARROLS CORPORATION,**

    **Plaintiff,**

                                  HONORABLE DENISE PAGE HOOD
**vs.**                                        Case No. 07-10947

**CAIN RESTAURANT CO.,**

    **Defendant.**

_____/

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DATES

Before the Court is the parties' Stipulated Motion for Extension of Dates, filed on October 8, 2008. Both parties filed Motions for Summary Judgment on September 18, 2008 (Dkt. Nos. 24 and 25). The parties wish to extend, by two weeks, the briefing deadlines set forth in this Court's Corrected Amended Scheduling Order, filed on September 30, 2008.

Accordingly,

IT IS ORDERED that the parties' Stipulated Motion for Extension of Dates [**Dkt. No. 27, filed October 8, 2008**] is GRANTED.

IT IS FURTHER ORDERED that the parties' Responses to the Motions for Summary Judgment must be filed no later than October 24, 2008.

IT IS FURTHER ORDERED that the parties' Replies to Responses to the Motions for Summary Judgment must be filed no later than October 31, 2008.

IT IS FURTHER ORDERED that a hearing on the parties' Motions for Summary

1

Judgment will be held on the 12th day of November, 2008 at 4:00 p.m.

       IT IS SO ORDERED.


                                  S/Denise Page Hood
                                  Denise Page Hood
                                  United States District Judge

Dated: October 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 10, 2008, by electronic and/or ordinary mail.

                                  S/Lisa Ware for William F. Lewis
                                  Case Manager